IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| IN RE: | Case No. 15-12233-WRS |
|---|---|
| EBONI CHARMAINE JOHNSON | Chapter 13 |
| Debtor(s) | |

### TRUSTEE'S NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS AT DOCKET ENTRY #36

COMES NOW, the Trustee, and hereby gives notice of withdrawal of TRUSTEE'S MOTION TO DISMISS AT DOCKET ENTRY #36 previously filed in this case.

Respectfully submitted Tuesday, November 20, 2018.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of TRUSTEE'S MOTION TO DISMISS AT DOCKET ENTRY #36 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Tuesday, November 20, 2018.

                                                             /s/ *Sabrina L. McKinney*
                                                             Sabrina L. McKinney
                                                             Chapter 13 Standing Trustee

Copy to: EBONI CHARMAINE JOHNSON
           MICHAEL BROCK (via electronic filing)